IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIMBERLY E. SCOTT, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE |
| v. | : NO. 1:04-CV-3816-BBM |
| | : |
| GWINNETT HOSPITAL SYSTEM, INC., | : |
| | : |
| Defendant. | : |

## **JUDGMENT**

This action having come before the court for a trial by jury, the Honorable Beverly B. Martin presiding, and the court having granted an oral motion for judgment as a matter of law pursuant to Fed.R.Civ.P. 50 by defendant Gwinnett Health System, Inc.,

It is **Ordered and Adjudged** that the plaintiff Kimberly E. Scott take nothing; that the defendant Gwinnett Health System, Inc. recover its costs of this action, and the action be, and the same hereby, is **dismissed.**

Dated at Atlanta, Georgia this 18th day of July, 2006.

                          LUTHER D. THOMAS
                          CLERK OF COURT

                          By: <u>s/Pamela Wright</u>
                              Pamela Wright
                              Deputy Clerk

Prepared, filed and entered
in the Clerk's Office
July 18, 2006
Luther D. Thomas
Clerk of Court

By: <u>s/Pamela Wright</u>
    Pamela Wright
    Deputy Clerk